# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America </br> v. </br></br> ULISSES NAVARETTE </br> *Defendant* | ) </br> ) </br> ) Case No. 5:25-mj-00089-CDB </br> ) </br> ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: BAKERSFIELD FEDERAL COURTHOUSE
*Place*
510 19TH ST, BAKERSFIELD, CA 93301

on   11/14/2025 2:30 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

NAVARETTE, Ulisses
Doc. No. 5:25-MJ-00084-CDB-1

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☒ (6) The defendant is placed in the custody of:

   Name of person or organization   Maria Guadalupe Dias De Leon

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

   SIGNED: *Maria G Dias De Leon*
   CUSTODIAN

☒ (7) The defendant must:
  ☒ (a) report on a regular basis to the following agency:
        Pretrial Services and comply with their rules and regulations;
  ☒ (b) report in person to the Pretrial Services Agency immediately following your release from custody;
  ☒ (c) reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;
  ☒ (d) report any contact with law enforcement to your pretrial services officer within 24 hours;
  ☒ (e) cooperate in the collection of a DNA sample;
  ☒ (f) travel restricted to Eastern District of California, unless otherwise approved in advance by pretrial services officer;
  ☒ (g) not associate or have contact with any gang members, including any members of the Vagos Motorcycle Gang;
  ☒ (h) seek and/or maintain employment, and provide proof thereof to the pretrial services officer, upon request;
  ☒ (i) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☒ (j) refrain from excessive use of alcohol;
  ☒ (k) not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;
  ☒ (l) not apply for or obtain a passport or any other traveling documents during the pendency of this case;
  ☒ (m) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A $50,000 property bond secured in equity in the residence owned by his wife, Angelica Vazquez Navarette, located at 20411 Dawn Avenue, Tehachapi, California; and,

## USMS SPECIAL INSTRUCTIONS:

☒ (n) your release on bond is delayed following the posting of the property bond.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Defendant's Signature_

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: November 13, 2025

_Judicial Officer's Signature_

Christopher D. Baker, U.S. Magistrate Judge
_Printed name and title_

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL