RICHARD OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Ulisses Navarette

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:25-cr-00216-KES-BAM |
| | ) |
| *Plaintiff,* | ) **WAIVER OF PERSONAL** |
| | ) **PRESENCE BY THE DEFENDANT** |
| v. | ) **ULISSES NAVARETTE PURSUANT** |
| | ) **TO FEDERAL RULES OF** |
| ULISSES NAVARETTE, | ) **EVIDENCE, RULE 43(b)(3);** |
| | ) **AND ORDER** |
| *Defendants.* | ) |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The defendant ULISSES NAVARETTE ("Mr. Navarette") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Navarette hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Navarette requests that the court allow his interests to be represented by the presence of his attorney, Richard Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Navarette agrees notice to his attorney that his personal presence is required for a proceeding at a

specific time and place will be deemed notice to Mr. Navarette of the requirement of his personal presence.

DATED: 11/30/25          /s/Ulisses Navarette
                         ULISSES NAVARETTE
                         Defendant
                         *Original signature retained by*
                         *attorney Richard Oberto*

DATED: 12/4/25           /s/Richard Oberto
                         RICHARD OBERTO
                         Attorney for Defendant,
                         Ulisses Navarette
                         *Original signature retained by*
                         *attorney Richard Oberto*

## **ORDER**

IT IS HEREBY ORDERED that the personal presence of the defendant ULISSES NAVARETTE is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43(b)(3).

IT IS SO ORDERED.

Dated:   **December 4, 2025**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE