ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ULISSES NAVARETTE,<br>Defendant. | CASE NO. 1:25-CR-00216-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 22, 2026.

2. On May 27, 2026, Counsel for the Defendant made the Government aware of several items of missing discovery, including a phone dump, several search warrants, and report supplements.

3. The Government has secured all items requested and has produced them.

4. Several items, including the search warrants, were in the custody of the State and required unsealing prior to production.

5. On July 15, 2026 the government sent a copy of a phone dump to Defense Counsel on a flash drive. On July 17, 2026 the Government produced the final search warrants.

6. Counsel for the Defendant now needs time to review the additional discovery, has been to confer with the Defendant regarding additional investigative and litigation steps.

7. By this stipulation, the parties now move to continue the status conference to September 23, 2026, and to exclude time between July 22, 2026, and September 23, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

8. The parties agree and stipulate, and request that the Court find the following:

a) The government provided initial discovery to the defense. The discovery generally consisted of law enforcement reports, photos, and undercover reports and recordings.

b) Additional discovery has been provided in the form of supplemental reports, DNA reports, a phone dump, and copies of search warrants.

c) Defense counsel is continuing to review the discovery and investigate the case.

d) A plea offer was extended to the Defendant on March 30, 2026.

e) The Defendant requests additional time to review the plea offer and engage in further plea negotiations with the government.

f) The defendant asks the Court to exclude time between July 22, 2026, and October September 23, to account continue reviewing discovery, discuss plea and trial options, and confer with the Government.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2026 to September 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 20, 2026

ERIC GRANT
Acting United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: July 20, 2026

/s/ RICHARD OBERTO
RICHARD OBERTO
Counsel for Defendant

**ORDER**

IT IS ORDERED that the status conference is continued from July 22, 2026 at 1:00 pm to **September 23, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.**

IT IS FURTHER ORDERED THAT the period of time from **July 22, 2026,** through **September 23, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 20, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE