RICHARD OBERTO
ATTORNEY AT LAW
CA State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for the defendant,
Ulisses Navarette

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>ULISSES NAVARETTE,<br>*Defendant.* | No. 1:25-cr-00216-KES-EPG<br><br>STIPULATION AND ORDER TO SET HEARING ON MOTION TO SUPPRESS EVIDENCE (U.S. Const., 4th Amend.) |

**TO THE ABOVE ENTITLED COURT:**

The parties stipulate to the setting of a hearing on a motion to suppress evidence (U.S. Const., 4th Amend.) in the above-entitled case in Courtroom 6, Fresno Division, before the Honorable District Judge Kirk E. Sherriff, at 11 a.m. on October 26, 2026. The parties have cleared the date and time for the motion hearing with Judge Sherriff's courtroom deputy, Victoria Gonzales. For the motion hearing, the parties also stipulate to the following briefing schedule:

-Motion to Suppress due by 9/11/26;
-Response Brief due by 10/9/26; and
-Reply Brief due by 10/19/26.

At this point, the parties are not requesting an evidentiary hearing, but reserve the right to request such a hearing, should there be any disputed facts. Defense counsel has advised Mr. Navarette, who is currently on pretrial release, to be personally present for the motion hearing. Mr. Navarette does not require the services of an interpreter. The case is

otherwise scheduled for a status conference hearing on September 23, 2026, with time for speedy trial excluded through that date. The motion hearing eliminates the need for the upcoming status conference, which the parties stipulate to vacate.

The parties also stipulate to excluding time through the date of the motion hearing on October 26, 2026. 18 U.S.C. 3161(h)(1), (h)(7). Defense counsel has consulted with Mr. Navarette and received his approval for the exclusion of time. The applicable statute provides that "time shall be excluded" when the delay results "from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion[.]" 18 U.S.C. 3161(h)(1)(D). Another subdivision provides the court "shall consider in determining whether to grant a continuance . . . Whether the failure to grant such a continuance in a case which, taken as a whole . . . would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. 3161(h)(7)(B)(iv). Under section 3161(h)(1)(D), the exclusion of time must begin once the defense motion to suppress evidence is filed. Under section 3161(h)(7)(B)(iv), the failure to allow time for the motion hearing would deny the defense a reasonable opportunity to file the motion and proceed to the hearing. The ends of justice served by the continuance and exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 9/8/2026 *\/s/Richard Oberto*

RICHARD OBERTO
Attorney for the defendant,
Ulisses Navarette

DATED: 9/8/2026 */s/Luke Baty*

LUKE BATY
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED in the case of United States v. Ulisses Navarette, United States District Court of the Eastern District of California, No. 1:25-cr-00216-KES-EPG:

1. The status conference hearing scheduled for September 23, 2026, is vacated.

2. A hearing on a motion to suppress evidence is scheduled for Courtroom 6, before the Honorable District Judge Kirk E. Sherriff, at 11 a.m., on October 26, 2026.

3. The following briefing schedule shall govern the motion:

-Motion to Suppress due: September 11, 2026
-Response/Opposition due: October 9, 2026
-Reply Brief due: October 19, 2026

4. Time for trial is excluded through the motion hearing on October 26, 2026. Under 18 U.S.C. 3161(h)(1)(D), exclusion of time must begin once the defense motion to suppress evidence is filed. Time is also excluded under 18 U.S.C. 3161(h)(7)(B)(iv), on the basis that the failure to allow time for a hearing on the motion would deny the defense a reasonable opportunity to file the motion and proceed to the hearing. The ends of justice served by the continuance and exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

5. The defendant ULISSES NAVARETTE shall be personally present for the motion hearing on October 26, 2026.

IT IS SO ORDERED.

Dated: September 9, 2026

UNITED STATES DISTRICT JUDGE